# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) |
| | ) CRIMINAL NO. 08-0067-CG-N |
| | ) |
| | ) CIVIL ACTION NO. 11-0216-CG-N |
| PAUL ANTONIO BURKE, | ) |
| | ) |
| Defendant/Petitioner, | ) |

## JUDGMENT

Pursuant to an order this day entered, it is hereby **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 16th day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE